**Jerry Lewis JONES, Appellant,**

v.

**STATE of Florida, Appellee.**

No. 2D16–1335.

District Court of Appeal of Florida, Second District.

Oct. 5, 2016.

PER CURIAM.

Affirmed. *See* §§ 775.21(4)(c)(1)(a), 794.011(4)(b), Fla. Stat. (1997); *Sheppard v. State,* 907 So.2d 1259 (Fla. 2d DCA 2005); *State v. Curtin,* 764 So.2d 645 (Fla. 1st DCA 2000).

NORTHCUTT, LaROSE, and SLEET, JJ., concur.

**Barry TUCKER, Appellant,**

v.

**STATE of Florida, Appellee.**

No. 2D16–1496.

District Court of Appeal of Florida, Second District.

Oct. 5, 2016.

Barry Tucker, pro se.

PER CURIAM.

Affirmed. *See Johnson v. State,* 60 So.3d 1045 (Fla.2011); *Grant v. State,* 770 So.2d 655 (Fla.2000); *Ellis v. State,* 762 So.2d 912 (Fla.2000); *Ward v. State,* 946 So.2d 33 (Fla. 2d DCA 2006); *Ives v. State,* 993 So.2d 117 (Fla. 4th DCA 2008); *Rangel v. State,* 937 So.2d 1218 (Fla. 3d DCA 2006).

NORTHCUTT, LaROSE, and SLEET, JJ., Concur.